United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                              Case No. 21-02540-MJC

Steven R. Neff                                                                              Chapter 13

Frances Marie Neff

Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4                                    User: AutoDocke                                    Page 1 of 2

Date Rcvd: Nov 19, 2024                          Form ID: trc                                       Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**            **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5455985 | + Email/Text: DSLBKYPRO@discover.com | Nov 19 2024 18:43:00 | Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130-0925 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024                                    Signature:                    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC nj-ecfmail@mwc-law.com |
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | |

on behalf of Debtor 1 Steven R. Neff pmurphy@dplglaw.com  kgreene@dplglaw.com

Paul Donald Murphy-Ahles

on behalf of Debtor 2 Frances Marie Neff pmurphy@dplglaw.com  kgreene@dplglaw.com

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 7

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:21-bk-02540-MJC
Chapter 13

In re: Debtor(s) (including Name and Address)

Steven R. Neff
157 Ridge Road
Mill Hall PA 17751

Frances Marie Neff
157 Ridge Road
Mill Hall PA 17751

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 11/19/2024.

Name and Address of Alleged Transferor(s):

Claim No. 11: Discover Student Loans, PO Box 30925, Salt Lake City, UT 84130

Name and Address of Transferee:

OSLT
c/o Firstmark Services
PO Box 82522
Lincoln, NE 68501
OSLT
c/o Firstmark Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/21/24

Terrence S. Miller
**CLERK OF THE COURT**