United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-02540-MJC |
| Steven R. Neff | Chapter 13 |
| Frances Marie Neff | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 2
Date Rcvd: Nov 20, 2024     Form ID: orfeedue     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5669842 | + Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 20 2024 18:41:00 | OSLT, c/o Firstmark Services, PO Box 82522, Lincoln, NE 68501-2522 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 22, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor PENNYMAC LOAN SERVICES LLC nj-ecfmail@mwc-law.com |
| Brent J Lemon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Paul Donald Murphy-Ahles | |

| | |
|---|---|
| Paul Donald Murphy-Ahles | on behalf of Debtor 1 Steven R. Neff pmurphy@dplglaw.com kgreene@dplglaw.com |
| | on behalf of Debtor 2 Frances Marie Neff pmurphy@dplglaw.com kgreene@dplglaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Steven R. Neff                  Chapter 13

Frances Marie Neff           Case number 4:21−bk−02540−MJC

**Debtor(s)**                     Document Number: 39

### Order Filing Fee Due

A transfer of claim was filed on **November 19, 2024**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$28.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **November 27, 2024**.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: November 20, 2024

orfeedue(05/18)